UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

*E-Filed 3/2/11*

| | |
|---|---|
| EDJUAN SCOTT, | No. C 11-0398 RS (PR) |
|     Petitioner, | **ORDER OF DISMISSAL** |
|     v. | |
| THE PEOPLE OF THE STATE OF CALIFORNIA, | |
|     Respondent. | |

This is a federal habeas corpus action filed pursuant to 28 U.S.C. § 2254 by a *pro se* state prisoner. Petitioner was ordered to file a complete application to proceed *in forma pauperis* ("IFP"), or pay the filing fee of $5.00, within 30 days, or face dismissal of the action. Petitioner has filed an incomplete IFP application, having failed to file a certificate of funds signed by an authorized prison officer. Accordingly, the action is DISMISSED without prejudice to petitioner filing a properly completed certificate of funds, or paying the filing fee. Petitioner's motion to proceed IFP (Docket No. 3) is DENIED.

A certificate of appealability will not issue. Petitioner has not shown "that jurists of reason would find it debatable whether the petition states a valid claim of the denial of a constitutional right and that jurists of reason would find it debatable whether the district court was correct in its procedural ruling." *Slack v. McDaniel*, 529 U.S. 473, 484 (2000). The Clerk shall enter judgment in favor of respondent, and close the file. This order terminates Docket No. 3.

**IT IS SO ORDERED**.

DATED: March 2, 2011

                              RICHARD SEEBORG
                              United States District Judge

United States District Court
For the Northern District of California