*E-Filed 6/30/11*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| EDJUAN C. SCOTT, | No. C 11-00398 RS (PR) |
| Petitioner, | **ORDER REOPENING ACTION;** |
| v. | **DISMISSING PETITION;** |
| THE PEOPLE OF THE STATE OF CALIFORNIA, | **INSTRUCTIONS TO CLERK** |
| Respondent. | |

**INTRODUCTION**

This is a federal habeas corpus action filed pursuant to 28 U.S.C. § 2254 by a *pro se* state prisoner. The petition was dismissed because petitioner failed to file timely a properly completed application to proceed *in forma pauperis* or pay the filing fee. Petitioner has paid the filing fee. Accordingly, the action is hereby REOPENED. The petition is now before the Court for review pursuant to 28 U.S.C. § 2243 and Rule 4 of the Rules Governing Section 2254 Cases.

//

//

No. C 11-00398 RS (PR)
ORDER OF DISMISSAL

**DISCUSSION**

In the instant petition, petitioner challenges a 2007 conviction he received in the Contra Costa County Superior Court. In 2009, petitioner filed a petition in this Court (No. 09-03308 RS) in which he challenged the same conviction. The 2009 petition was dismissed because petitioner failed to allege a cognizable federal habeas claim. The instant petition, which alleges claims identical to those in the 2009 petition is, then, second or successive to the 2009 habeas petition.

In order to file a second or successive petition, the petitioner must obtain an order from the court of appeals authorizing the district court to consider the petition. *See* 28 U.S.C. § 2244(b)(3)(A). Because petitioner has not shown that he has received such authorization, the instant petition must be dismissed as second or successive to the prior-filed 2009 petition. Accordingly, the petition is DISMISSED WITH PREJUDICE.

A certificate of appealability will not issue. Reasonable jurists would not "find the district court's assessment of the constitutional claims debatable or wrong." *Slack v. McDaniel*, 529 U.S. 473, 484 (2000). Petitioner may seek a certificate of appealability from the Court of Appeals. The Clerk shall reopen the action, enter this order of dismissal, enter judgment in favor of respondent, and close the file.

**IT IS SO ORDERED**.

DATED: June 29, 2011

RICHARD SEEBORG
United States District Judge